UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                                                    Criminal No. 09-145 (JNE/RLE)
                                                                      ORDER
Patricia Ann Brown, a/k/a
Patricia Johns, a/k/a Trish,
a/k/a Tricia,

    Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Raymond L. Erickson, United States Magistrate Judge, on July 30, 2009. The magistrate judge recommended that Defendant's motion to suppress evidence be denied. Defendant objected. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Defendant's Motion for Suppression of Evidence Obtained as a Result of Search and Seizure [Docket No. 28] is DENIED.

Dated: September 14, 2009

                                                                 s/ Joan N. Ericksen
                                                                 JOAN N. ERICKSEN
                                                                 United States District Judge